IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

SOLARWORLD PROPERTIES, INC., )
)
Plaintiff, ) TC-MD 130542N
)
v. )
)
WASHINGTON COUNTY ASSESSOR )
and DEPARTMENT OF REVENUE, )
State of Oregon, )
)
Defendants. ) **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of

Dismissal entered September 24, 2014. The court did not receive a request for an award of costs

and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiff's letter, filed September 11, 2014, voluntarily

dismissing its case with prejudice.

Plaintiff filed its Complaint on December 5, 2013, challenging the real market value of

accounts identified as R2173999, R685967, P2155822, and P2173891 for the 2013-14 tax year.

Plaintiff filed its letter voluntarily dismissing its case with prejudice on September 11, 2014.

(Ptf's ltr at 1.) As of the date of this Decision of Dismissal, neither Defendant has filed a

response to Plaintiff's letter. Having considered the matter, the court finds Plaintiff's Complaint

should be dismissed with prejudice. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is reactivated.

/ / /

/ / /

/ / /

IT IS FURTHER DECIDED that Plaintiff's Complaint is dismissed with prejudice.

Dated this ____ day of October 2014.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on October 13, 2014. The Court filed and entered this document on October 13, 2014.*